■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA BARNES, Appellant. [745 NYS2d 466] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 1994 (*People v Barnes,* 200 AD2d 751), affirming a judgment of the Supreme Court, Kings County, rendered April 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., S. Miller, O'Brien and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DUNCAN, Appellant. [745 NYS2d 452] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered March 22, 2001, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Prudenti, P.J., O'Brien, McGinity and Crane, JJ., concur.